

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00669-CR

Donald W. **COX**, Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-036
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 21, 2014.

_____
Luz Elena D. Chapa, Justice